Johanna Lundblad, appellee. v. Earl G. Krumrine and Paul Verticchio, on appeal of Earl G. Krumrine, appellant. Gen. No. 28,375.

Action for damages for injuries received in automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Winters, Price & Stevens, for appellant; George M. Stevens and Melvin L. Griffith, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Marshall Field & Company, appellee, v. Jacob Goldstein and David Goldstein, trading as Goldstein Brothers, appellants. Gen. No. 28,549.

Action for price of merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924.

Max M. Grossman, for appellants; Samuel Grossman, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Joseph E. Flanagan, surviving partner of Flanagan and Biedenweg, appellee, v. William Henderson and Robert Henderson, appellants.

William Henderson, appellant, v. Joseph E. Flanagan, surviving partner of Flanagan and Biedenweg and Flanagan and Biedenweg Company, appellees. Gen. No. 28,415.

Bill to cancel contract. Bill and cross-bill dismissed on ground of laches. Appeal from the Circuit Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

Clarence K. Chamberlain and Joseph Cummins, for cross-appellant. Lynden Evans, for cross-appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

In re Petition of J. Januchowski, insolvent debtor, on appeal of L. Januchowski, appellant, v. The People of the State of Illinois, appellee. Gen. No. 28,532.

Order denying discharge under § 5 of the Insolvent Debtor's Act. Appeal from the County Court of Cook county; the Hon. S. N. Hoover, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924.

Leslie H. Whipp, for appellant. B. M. Shaffner, for appellee.

Mr. Justice McSurely delivered the opinion of the court.